# United States Court of Appeals
## For the First Circuit

No. 08-2209

HECTOR M. BAEZ; HYPERBARIC AND MEDICAL SOLUTIONS CORP.,

Plaintiffs - Appellants

v.

GWR MEDICAL, INC.; PAUL A. GEARY, Jr.; JANE DOE; COMMUNITY PROPERTY GEARY, JR.-DOE; SEAN GEARY; JANE DOE II; COMMUNITY PROPERTY GEARY-DOE II; JOHN DOE; INSURANCE COMPANY X,Y,Z,

Defendants - Appellees

**CASE OPENING NOTICE**

Issued: September 22, 2008

The above-captioned appeal was docketed in this court today pursuant to Rule 12 of the Federal Rules of Appellate Procedure. The above case number and caption should be used on all papers subsequently submitted to this court. If any party disagrees with the clerk's office's designation of the parties on appeal, it must file a motion to amend the caption with any supporting documentation attached. Absent an order granting such a motion, the parties are directed to use the above caption on all pleadings related to this case.

Appellant must complete and return the following forms to the clerk's office by October 6, 2008 to be deemed timely filed:

- Appearance Form
- Docketing Statement

These forms are available on the court's website at www.ca1.uscourts.gov, under "Forms & Notices." Failure to comply with the deadlines set by the court may result in dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0, 10.0, and 45.0.

If less than the entire transcript is ordered, appellant must file and serve on all other parties a statement of the issues in accordance with Fed. R. App. P. 10(a)(3)(A). In addition, if the parties are unable to agree as to the contents of the joint appendix, appellant must file and serve a statement of the issues and designation of the contents of the appendix. Fed. R. App. P. 30(b)(1); 1st Cir. R. 30.0(b). Upon confirmation by the circuit clerk that the record is complete either because no hearing was held, no transcript is necessary, or the transcript is on file, the

clerk's office will set the briefing schedule and forward a scheduling notice to the parties.

Within seven days of filing the notice of appeal, appellant must pay the filing fee to the district court clerk. An indigent appellant who seeks to appeal in forma pauperis must file a motion and financial affidavit in the district court in compliance with Fed. R. App. P. 24. Unless this court is provided with notice of paying the filing fee to the clerk of the district court or filing a motion seeking in forma pauperis status within fourteen days of the date of this notice, this appeal may be dismissed for lack of prosecution. 1st Cir. R. 3.0(b).

An appearance form should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). *Pro se* parties are not required to file an appearance form. Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission with the appearance form. 1st Cir. R. 46.0(a)(2).

Dockets, opinions, rules, forms, attorney admission applications, the court calendar and general notices can be obtained from the court's website at www.ca1.uscourts.gov. Your attention is called specifically to the notices listed below:

- Notice to Counsel and Pro Se Litigants
- Transcript Notice
- Notice Regarding Registration for Electronic Noticing
  [http://www.ca1.uscourts.gov/files/notices/ElectronicNoticingRegNotice.pdf]

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

Richard Cushing Donovan, Clerk


UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Melinda McKenzie - (617) 748-4214

# United States Court of Appeals
## For the First Circuit

### NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION

This Court's docket and opinions are available in electronic form, via WebPACER, on the Court's internet site at www.ca1.uscourts.gov. Although party filings are not typically posted on the Court's internet site, briefs filed with the Court are copied and posted to internet sites maintained by other organizations. Therefore, parties should not include in their public filings information that is too private or sensitive to include in an opinion or docket on the Court's internet site or in a brief posted on the internet.

Specifically, it is the policy of the U.S. Judicial Conference that parties not include, or partially redact where inclusion is necessary, the following personal data identifiers from documents being prepared for initial filing, particularly where those identifiers may be made available in electronic form:

- **Social Security Numbers.** If an individual's social security number must be included, only the last four digits of that number should be used.
- **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.
- **Dates of Birth.** If an individual's date of birth must be included, only the year should be used.
- **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.
- **Home Addresses in Criminal Cases.** If a home address must be included, only the city and state should be listed.

If the caption of the case contains any of the personal data identifiers listed above, the parties should file a motion to amend caption to redact the identifier.

Parties wishing to file documents containing the personal data identifiers listed above may file unredacted documents under seal, together with redacted versions for the public file. Alternatively, they may file a sealed reference list containing the complete personal data identifiers and the redacted identifiers used in their place, together with redacted versions of the documents for the public file.

Parties should exercise caution in including other sensitive personal data in their filings, such as personal identifying numbers, medical records, employment history, individual financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information as described in 49 U.S.C. § 114.

Attorneys are urged to share this notice with their clients so that an informed decision can be made about inclusion of sensitive information. The clerk will not review filings for redaction. For further information, see http://www.privacy.uscourts.gov/.

cc:
Ruben Colon-Morales
Guillermo De-Guzman-Vendrell