# United States Court of Appeals
## For the First Circuit

No. 08-2209

HECTOR M. BAEZ; HYPERBARIC AND MEDICAL SOLUTIONS CORP.,

Plaintiffs - Appellants

v.

GWR MEDICAL, INC.; PAUL A. GEARY, Jr., on his own behalf of the
community property constituted by him and his wife; SEAN GEARY, on his behalf
of the community property constituted by him and his wife,

Defendants - Appellees

JANE DOE; COMMUNITY PROPERTY GEARY, JR.-DOE; JANE DOE II;
COMMUNITY PROPERTY GEARY-DOE II; JOHN DOE; INSURANCE
COMPANY X,Y,Z,

Defendants

**JUDGMENT**
Entered:  November 25, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
/s/Richard Cushing Donovan, Clerk.

cc:
Hector M. Baez
Ruben Colon-Morales
Guillermo De-Guzman-Vendrell
Colin D. Dougherty
Mark A. Kearney